## DAMRON v. STATE OF INDIANA.

## KARLIN v. STATE OF INDIANA.

[Nos. 24,317, 24,355. Filed November 13, 1923.]

No. 24,317 from Vanderburgh Circuit Court; *James T. Coulter,* Special Judge; No. 24,355, from Delaware Circuit Court; *Clarence W. Dearth,* Judge.

Charles Damron (No. 24,317) and Paul Karlin (No. 24,355) were prosecuted separately for a violation of the prohibition law. From judgments of conviction each defendant appeals. *Reversed with directions.*

*Cromer & Long, DeWitt Q. Chappel* and *William D. Hardy,* for appellant.

*U. S. Lesh,* Attorney-General and *Mrs. Edward Franklin White,* Deputy Attorney-General, for the State.

PER CURIAM.—Each appellant was charged by affidavit with having had in his possession intoxicating liquor in violation of law, but without any charge of an intent to sell, barter, exchange, give away, furnish, or otherwise dispose of the same, and was convicted and fined. On the authority of *Crabbs* v. *State* (1923), *ante* 248, 139 N. E. 180, and *Powell* v. *State* 1923), *ante* 258, 139 N. E. 670, each judgment is reversed, with directions to sustain appellant's motion to quash the affidavit, in Karlin v. State of Indiana and to sustain appellant's motion for new trial in Damron v. State of Indiana.